O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2194 AHM (JWJx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | GLENN D. GUADALUPE v. THE CITY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:                Attorneys **NOT** Present for Defendants:

**Proceedings:**        (IN CHAMBERS) ORDER

The Court VACATES its order dated December 9, 2008 granting in part and denying in part Defendant's motion to dismiss the Third Amended Complaint.[1]

                                                                            :
                                           Initials of Preparer    se

---

[1] Docket No. 29.