O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2194 AHM (JEMx) | Date | November 19, 2009 |
|---|---|---|---|
| Title | GLENN D. GUADALUPE v. THE CITY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court, having been informed of Plaintiff's extenuating circumstances, extends his deadline to file his opposition to Defendant City of Los Angeles's motion for summary judgment[1] until Monday, November 23, 2009. Defendant shall have until Monday, November 30, 2009 to file its reply.

The Court directs the Clerk to re-calendar the hearing for the motion for Monday, December 7, 2009 at 10:00 a.m.

Plaintiff has a lengthy track record of coming up with various reasons why the Court should not require him to comply scrupulously with court requirements. This is the last accommodation that the Court will extend him.

|   | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 52.