O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2194 AHM (JEMx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | GLENN D. GUADALUPE v. THE CITY OF LOS ANGELES | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiff's Motion for Sanctions Against Defendant Pursuant to Fed. R. Civ. P. 11(c)[1] because it utterly lacks merit.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 56.