CARMEN TRUTANICH, City Attorney (SBN 86629)
GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
DANIEL P. AGUILERA, Deputy City Attorney, (SBN 108159)
**DOUGLAS LYON, Deputy City Attorney (SBN 197822)**
200 North Main Street
City Hall East, 7th Floor
Los Angeles, California  90012-4131
Tel:   (213) 978-2213
Fax:  (213) 978-8216
douglas.lyon@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES, a public entity
(erroneously also identified as Bureau of Street Lighting for City of Los Angeles)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN D. GUADALUPE an individual, | **Case No.  CV 08-2194 AHM (JEMx)** |
| Plaintiff, | JUDGMENT |
| vs. | |
| CITY OF LOS ANGELES,  (BUREAU OF STREET LIGHTING FOR CITY OF LOS ANGELES, a government entity, and DOES 1 through 10, inclusive, | [Rule 50] |
| Defendants. | |

On August 24, 2010, a trial commenced in the above-referenced action.  Plaintiff Pro Se Glenn Guadalupe appearing on his own behalf, and Douglas Lyon and Daniel P. Aguilera appearing on behalf of Defendant City of Los Angeles.

Plaintiff Glenn Guadalupe testified, presented evidence, and closed his case in chief. After the close of all evidence by Plaintiff, and argument by the Defendant, on August 24, 2010, the Court granted a directed verdict pursuant to Rule 50 in favor of Defendant City of Los Angeles against Plaintiff Glenn Guadalupe on his sole cause of action for interference with his rights under the Family Medical Leave Act ["FMLA"].

1  IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiff Glenn
2 Guadalupe shall take nothing on his Third Amended Complaint in this action and that
3 judgment is hereby entered in favor of Defendant City of Los Angeles.
4 Defendant shall recover its costs of $_____, pursuant to motion to be filed.

7 Dated: September 24, 2010  _____
   **HONORABLE A. HOWARD MATZ**
8 **JS-6**                    United States District Court Judge

13 Submitted by,

CARMEN A. TRUTANICH, City Attorney
14 GARY G. GEUSS, Chief Assistant City Attorney
DANIEL P. AGUILERA, Supervising Deputy City Attorney

16
17 BY:_____
      **DOUGLAS LYON**
      Deputy City Attorney
18
Attorneys for Defendant City of Los Angeles